# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ABRAHAM CARRILLO,<br><br>    Defendant. | 8:22CR279<br><br>ORDER |

  This matter came before the Court on the government's motion for detention on flight and danger grounds. See 18 U.S.C. § 3142(f)(1)(E). Thomas J. Kangior appeared on behalf of the government. Yvonne D. Sosa appeared on behalf of and with the defendant, Abraham Carrillo.

  As an initial matter, the defendant has entered a guilty plea to knowingly selling a firearm to a felon. This offense carries a maximum sentence of 10 years of imprisonment. 18 U.S.C. § 922(d)(1). Pursuant to the parties' Fed. R. Crim. P. 11(c)(1)(C) plea agreement, the defendant shall receive a sentence of 30 months imprisonment. The plea was accepted by the Court. See Filing No. [37]. Detention is mandated pending sentencing unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). 18 U.S.C. § 3143(a)(1).

  Applying the 3142(g) factors, the Court finds that no condition or combination of conditions will reasonably assure the defendant's appearance as required and assure the safety of any another person and the community. See 18 U.S.C. § 3142(e). The defendant pleaded guilty to a firearms offense; has a significant criminal history, including failure to appear for a court proceeding; and has a history of substance abuse. Furthermore, the defendant does not contest detention. Accordingly,

  **IT IS ORDERED**:

1. The government's motion for detention is granted.
2. The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 7th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge